# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| WILLIAM LITTLE, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>RUTLAND FIRE CLAY CO., )<br>)<br>    Defendant. ) | Civil Action No. 2:11-cv-477-JAW |

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL

The parties, each appearing through their respective counsel, pursuant to Federal Rule of Civil Procedure 41, by Stipulation, hereby request that this honorable Court dismiss the above-captioned case with prejudice and without costs or attorneys' fees.

**DATED: April 2, 2013**

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| RUTLAND FIRE CLAY CO. | WILLIAM LITTLE |
| By:/s/Marc R. Jacobs<br>    One of Its Attorneys | By:/s/ Michael K. Martin<br>    One of His Attorneys |
| Marc R. Jacobs (*admitted pro hac vice*)<br>Kathryn S. Clark (*admitted pro hac vice*)<br>SEYFARTH SHAW LLP<br>131 South Dearborn Street<br>Suite 2400<br>Chicago, Illinois 60603<br>(312) 460-5000 | Michael K. Martin<br>Bradford Pattershall<br>PETRUCCELLI, MARTIN & HADDOW, LLP<br>Two Monument Square, Suite 900<br>P.O. Box 17555<br>Portland, Maine 04112-8555<br>(207) 775-0200 |
| Peter Bennett<br>THE BENNETT LAW FIRM, P.A.<br>121 Middle Street, Suite 300<br>P.O. Box 7799<br>Portland, Maine 04112-7799<br>(207) 773-4775 | |

{B0025709.1}

## **CERTIFICATE OF SERVICE**

The undersigned an attorney, certifies that on April 2, 2013, he caused a copy of the foregoing to be served upon all counsel of record through the Court's ECF filing system.

/s/Peter Bennett